**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7055**
_____

JONATHAN LEIGH HENSLEE,

        Plaintiff - Appellant,

    v.

SHERRIE SIMMONS, Lieutenant at the Rutherford County Jail;
ALAN YOUNG, Employee at the Rutherford County Jail,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:04-cv-00152-GCM)

_____

Submitted:  March 16, 2011      Decided:  March 31, 2011

_____

Before MOTZ, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonathan Leigh Henslee, Appellant Pro Se.  Scott Douglas
MacLatchie, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte,
North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Leigh Henslee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henslee v. Simmons, No. 1:04-cv-00152-GCM (W.D.N.C. July 1, 2010). Henslee's motions for a transcript at government expense and for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED